LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-1007<br><br>**PETITION FOR APPOINTMENT AS GUARDIAN AD LITEM FOR A.E.C., A MINOR** |

1. Petitioner MELINDA LEE CASTEEL is the natural mother of the minor, A.E.C. Petitioner is a resident of the County of Riverside, State of California.

2. Minor A.E.C. is a plaintiff and has claims, as alleged in the complaint filed in the herein action, arising out of the violation of her rights and her father's civil rights. Decedent JOSHUA SWART, the natural father of minor A.E.C, died while in the custody and care of the Cois Byrd Detention Center in Murrieta, CA.

3. Petitioner is a responsible adult and fully competent to understand and protect the rights of said minor.

WHEREFORE, Petitioner prays that MELINDA LEE CASTEEL be appointed guardian ad litem for A.E.C. to prosecute this action on her behalf.

DATED: April 23, 2024        LAW OFFICES OF DALE K. GALIPO

By /s/ *Eric Valenzuela*
Dale K. Galipo
Eric Valenzuela
Attorneys for Plaintiffs