1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Eric Valenzuela (Bar No. 284500)
3  evalenzuela@galipolaw.com
4  21800 Burbank Boulevard, Suite 310
   Woodland Hills, California  91367
5  Telephone:   (818) 347-3333
   Facsimile:    (818) 347-4118
6
7  Attorneys for Plaintiffs
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  5:25-cv-1007<br><br>**CONSENT OF NOMINEE MELINDA LEE CASTEEL TO APPOINTMENT AS GUARDIAN AD LITEM FOR A.E.C.** |

# CONSENT OF NOMINEE

I, MELINDA LEE CASTEEL, the nominee and natural mother to A.E.C., a minor Plaintiff and the daughter of the decedent in the above referenced action, consent to act as guardian ad litem for the minor Plaintiff A.E.C. in the above referenced action.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: 4/22/2025

_____
MELINDA LEE CASTEEL

-2-
CONSENT OF NOMINEE