LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.   5:25-cv-1007<br><br>**[PROPOSED] ORDER APPOINTING MELINDA LEE CASTEEL AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF A.E.C.** |

## ORDER APPOINTING GUARDIAN AD LITEM

The Court, having considered the application of MELINDA LEE CASTEEL for appointment as Guardian Ad Litem for A.E.C., a minor, who is a plaintiff in the above action and good cause appearing, IT IS ORDERED that MELINDA LEE CASTEEL be appointed Guardian Ad Litem for A.E.C. in the above action.

DATED: _____, 2025         _____

                                        Hon.
                                        United States Magistrate Judge