LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  5:25-cv-1007<br><br>**DECLARATION OF MELINDA LEE CASTEEL AS GUARDIAN AD LITEM FOR A.E.C., SUCCESSOR IN INTEREST TO JOSHUA SWART (C.C.P. §377.32)** |

# C.C.P. 377.32 DECLARATION OF MELINDA LEE CASTEEL AS GUARDIAN AD LITEM FOR A.E.C., SUCCESSOR IN INTEREST TO JOSHUA SWART

I, Melinda Lee Casteel, do hereby declare as follows:

1. My name is Melinda Lee Casteel. I am a competent adult over the age of eighteen and the natural mother of the minor child, A.E.C.
2. I am personally familiar with the facts contained herein and would and could testify thereto if called upon to do so.
3. The decedent's name is Joshua Swart. ("Decedent").
4. Decedent is the natural father of minor child, A.E.C.
5. Decedent passed away on August 18, 2024 in the Murrieta, California.
6. No proceeding is now pending in California for administration of the decedent's estate.
7. A.E.C. is Decedent's successors in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the interest in this action or proceeding as the biological child of Decedent.
8. Petitioner has no interest adverse to the minor, and no other person has a superior right to commence the action or proceeding other than A.E.C.
9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on __4/23/2025__, in __Oceanside__, California.

_Melinda Lee Casteel (signed)_
Melinda Lee Casteel

-2-
DECLARATION OF SUCCESSOR IN INTEREST PURSUANT TO CCP 377.32