# EXHIBIT A

## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**STATE FILE NUMBER:** 3052024192245
**LOCAL REGISTRATION NUMBER:** 3202433012491

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | JOSHUA |
| 2. MIDDLE | FRANK |
| 3. LAST (Family) | SWART |
| AKA. ALSO KNOWN AS | — |
| 4. DATE OF BIRTH mm/dd/ccyy | 04/04/1983 |
| 5. AGE Yrs. | 41 |
| IF UNDER ONE YEAR - Months/Days | |
| IF UNDER 24 HOURS - Hours/Minutes | |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | UNK |
| 11. EVER IN U.S. ARMED FORCES? | NO [X] |
| 12. MARITAL STATUS/SRDP (at Time of Death) | DIVORCED |
| 7. DATE OF DEATH mm/dd/ccyy | 08/18/2024 |
| 8. HOUR (24 Hours) | 1410 |
| 13. EDUCATION – Highest Level/Degree | GED |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | NO [X] |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | CONTRACTOR |
| 18. KIND OF BUSINESS OR INDUSTRY | MANUAL LABOR |
| 19. YEARS IN OCCUPATION | 0 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 291 CREST CIRCLE |
| 21. CITY | LAKE ARROWHEAD |
| 22. COUNTY/PROVINCE | SAN BERNARDINO |
| 23. ZIP CODE | 92352 |
| 24. YEARS IN COUNTY | UNK |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | JERRY SWART, FATHER |
| 27. INFORMANT'S MAILING ADDRESS | 291 CREST CIRCLE, LAKE ARROWHEAD, CA 92352 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST | - |
| 29. MIDDLE | - |
| 30. LAST (BIRTH NAME) | - |
| 31. NAME OF PARENT – FIRST | JERRY |
| 32. MIDDLE | FRANK |
| 33. LAST (BIRTH NAME) | SWART |
| 34. BIRTH STATE | CA |
| 35. NAME OF PARENT – FIRST | FONDA |
| 36. MIDDLE | RENEE |
| 37. LAST (BIRTH NAME) | TORRES |
| 38. BIRTH STATE | CA |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy | 09/10/2024 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF JERRY SWART, 291 CREST CIRCLE, LAKE ARROWHEAD, CA 92352 |
| 41. TYPE OF DISPOSITION(S) | CREMATE/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | CALIFORNIA CREMATION CENTERS |
| 45. LICENSE NUMBER | FD1911 |
| 46. SIGNATURE OF LOCAL REGISTRAR | GEOFFREY LEUNG, M.D., ED. M. |
| 47. DATE mm/dd/ccyy | 09/09/2024 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | COIS BYRD DETENTION CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | — |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | Other [X] |
| 104. COUNTY | RIVERSIDE |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 30755 AULD ROAD |
| 106. CITY | MURRIETA |

**CAUSE OF DEATH**

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (A) | PENDING |
| Time Interval Between Onset and Death (AT) | - |
| 108. DEATH REPORTED TO CORONER? | YES [X] |
| REFERRAL NUMBER | 2024-06276 |
| (B) | |
| 109. BIOPSY PERFORMED? | NO [X] |
| (C) | |
| 110. AUTOPSY PERFORMED? | YES [X] |
| (D) | |
| 111. USED IN DETERMINING CAUSE? | YES [X] |
| 112. OTHER SIGNIFICANT CONDITIONS | - |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO [X] |

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since / Decedent Last Seen Alive
115. SIGNATURE AND TITLE OF CERTIFIER
116. LICENSE NUMBER
117. DATE mm/dd/ccyy
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

**CORONER'S USE ONLY**

| Field | Value |
|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED... MANNER OF DEATH | Pending Investigation [X] |
| 120. INJURED AT WORK? | — |
| 121. INJURY DATE mm/dd/ccyy | — |
| 122. HOUR (24 Hours) | — |
| 123. PLACE OF INJURY | — |
| 124. DESCRIBE HOW INJURY OCCURRED | — |
| 125. LOCATION OF INJURY | — |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | LISA MACCIE |
| 127. DATE mm/dd/ccyy | 09/06/2024 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | LISA MACCIE, DEP CORONER |

STATE REGISTRAR: A B C D E
FAX AUTH.#
CENSUS TRACT

### CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA } SS
COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

**DATE ISSUED** Sep 11, 2024

Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

*002359923*

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.

PBNCO (Rev) 08/21



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE