**STANDARD SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
The parties must make every effort to agree on dates or the court will set them.

| Case No. 5:25−cv−01007−FLA−SSC | Case Name: A.E.C. v. County of Riverside | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** |
| Check one:  ☒ Jury Trial  or  ☐ Bench Trial [Monday at 8:15 a.m. within 13–16 months of Scheduling Conference] Estimated Duration: 5-7 Days | | 10/26/2026 | 10/26/2026 |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions in Limine [Friday at 1:30 p.m. at least 17 days before trial] | | 10/09/2026 | 10/09/2026 |
| **Event** Note: Hearings shall be on Fridays at 1:30 p.m. Other dates can be any day of the week. | **Time Computation** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** |
| Last Date to Hear Motion to Amend Pleadings or Add Parties [Friday] | 91 days after scheduling conference | 10/17/2025 | 10/17/2025 |
| Fact Discovery Cut-Off [Friday] (no later than deadline for filing dispositive motion) | 21 weeks before FPTC | 05/15/2026 | 05/15/2026 |
| Expert Disclosure (Initial) | 20 weeks before FPTC | 05/22/2026 | 05/22/2026 |
| Expert Disclosure (Rebuttal) | 18 weeks before FPTC | 06/05/2026 | 06/052026 |
| Expert Discovery Cut-Off | 16 weeks before FPTC | 06/19/2026 | 06/19/2026 |
| Last Date to Hear Motions [Friday]<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 weeks before FPTC | 07/24/2026 | 07/24/2026 |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>Select one:  ☐ 1. Magistrate Judge (with Court approval)<br>☒ 2. Court Mediation Panel<br>☐ 3. Private Mediation | 5 weeks before FPTC | 09/04/2026 | 09/04/2026 |
| Trial Filings (first round) [Friday]<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations Containing Direct Testimony, if ordered (bench trial only) | 4 weeks before FPTC | 09/11/2026 | 09/11/2026 |
| Trial Filings (second round) [Friday]<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 weeks before FPTC | 09/25/2026 | 09/25/2026 |