# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-01007-FLA-SSC<br><br>**[Proposed] ORDER REGARDING REQUEST TO APPEAR AT SCHEDULING CONFERENCE** |

## ORDER

Having considered Plaintiffs' counsel's Request to Appear at the Scheduling Conference, in place of Plaintiffs' lead trial counsel, Dale K. Galipo, and good cause having been shown, **IT IS HEREBY ORDERED THAT** Plaintiffs' counsel, Eric Valenzuela, may appear in Mr. Galipo's place at the Scheduling Conference scheduled for July 18, 2025, at 1:00 p.m.

**IT IS SO ORDERED.**

DATED: _____, 2025

Hon. Fernando L. Aenlle-Rocha
United States District Judge