# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. E. C., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:25-cv-01007-FLA-SSC<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  7/8/2025

Document No.:  20

Title of Document:  REQUEST for Leave of Eric Valenzuela to Appear at the Scheduling Conference in Place of Lead Trial Counsel, Dale K. Galipo filed by Plaintiffs A. E. C., Jerry Swart. Request set for hearing on 7/18/2025 at 01:00 PM

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Filer ERRONEOUSLY set request on Judge's Motion calendar for 7/18/25 1:00 PM ...which does not appear on the request, nor is one required for request format. Note clerk has TERMED ONLY THE ERRONEOUS HEARING. Request REMAINS for Judge's ruling.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 9, 2025      By:  /s/ *Linda Chai Linda_Chai@cacd.uscourts.gov*
                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS