Nathan A. Oyster (SBN 225307) / noyster@bwslaw.com
Caylin W. Jones (SBN 327829) / cjones@bwslaw.com
444 South Flower Street, 40th Floor, Los Angeles, CA 90071
Tel: 213.236.0600 Fax: 213.236.2700
Attorneys for Defendant County of Riverside

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., et al.<br><br>v.<br><br>County of Riverside<br><br>Plaintiff(s) / Defendant(s). | CASE NUMBER:<br><br>5:25-CV-01007-FLA(SSCx)<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[X] The parties stipulate that ____Rick Copeland____ may serve as the Panel Mediator in the above-captioned case. ____Caylin W. Jones____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ____TBD____ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: ____

Dated: August 4, 2025

Eric Valenzuela
Attorney For Plaintiff   A.E.C and Jerry Swart

Dated:

Attorney For Plaintiff

Dated: August 4, 2025

Caylin W. Jones
Attorney For Defendant   County of Riverside

Dated:

Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)    STIPULATION REGARDING SELECTION OF PANEL MEDIATOR