LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01007-FLA (SSCx)<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>**JOINT STIPULATION TO AMEND COMPLAINT TO SUBSTITUTE OFFICERS JUAN MENDOZA, DEPUTY VILLASENOR, TIMOTHY LUND, CSO HAYWARD AND SANDRA HAYES IN PLACE OF DOE DEFENDANTS 1-5**<br><br>[Proposed] Order and Amended Complaint<br>*filed concurrently herewith* |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiffs and Defendant, through their respective attorneys of record, as follows:

Plaintiffs filed their Complaint on April 23, 2025, during which time Plaintiffs were not aware of the identity of the police officers involved in the incident. Plaintiffs have learned, after obtaining disclosures from Defendant, that Plaintiffs have a basis for naming the five individual officers involved in the incident that resulted in the death of the decedent, Joshua Swart. This information was previously unavailable to Plaintiffs but was in the possession, custody, or control of Defendant.

The parties request that the Court grant Plaintiffs leave to file their First Amended Complaint ("FAC") with the following changes:

Officers Juan Mendoza, Deputy Villasenor, Timothy Lund, Cso Hayward and Sandra Hayes will be substituted in as "Doe Defendants 1 - 5." A clean and redlined copy of Plaintiffs' proposed FAC is attached hereto as "Exhibit A."

The parties request that the Court afford Plaintiffs seven (7) days to file their FAC after the Court grants them leave. The parties further request that Defendant County of Riverside's responsive pleading be due fourteen (14) days after the filing of the FAC.

Based upon the foregoing, the parties apply for and stipulate to an order permitting Plaintiffs to file their FAC.

DATED: September 29, 2025          LAW OFFICES OF DALE K. GALIPO

                                   By  /s/ Eric Valenzuela
                                       Eric Valenzuela
                                       Attorney for Plaintiffs

| | |
|---|---|
| DATED: September 29, 2025 | BURKE WILLIAMS & SORENSEN LLP<br><br>By  /s/ Caylin Jones<br>   Nathan Oyster<br>   Caylin W. Jones<br>   Attorney for Defendant<br>   COUNTY OF RIVERSIDE |

4900-9938-1102 v1

Case No. 2:25−cv−01007−FLA(SSCx)

STIPULATION TO AMEND