1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01007-FLA (SSCx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND THE COMPLAINT** |

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Stipulation in Case No. 2:25-cv-01007-FLA (SSCx) is **GRANTED** and the Plaintiffs are allowed to file a First Amended Complaint with Officers Juan Mendoza, Deputy Villasenor, Timothy Lund, Cso Hayward and Sandra Hayes substituted in as "Doe Defendants 1 - 5" within seven (7) days of this Order.

Defendant County of Riverside's responsive pleadings shall be due fourteen (14) days from the filing of the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Hon. Fernando L. Aenlle-Rocha
United States District Judge