1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   A.E.C., *et al.*,                  Case No. 5:25-cv-01007-FLA (SSCx)
12                    Plaintiffs,
                                        **ORDER APPROVING**
13            v.                        **STIPULATION TO AMEND THE**
                                        **COMPLAINT [DKT. 28]**
14
15   COUNTY OF RIVERSIDE, *et al.*,
                      Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

On September 30, 2025, the parties filed a Stipulation to Amend the Complaint ("Stipulation"). Dkt. 28. The parties request the court grant Plaintiffs A.E.C., by and through her *Guardian Ad Litem* Melinda Lee Casteel, and Jerry Swart (together, "Plaintiffs") leave to file a first amended complaint ("FAC") with the following changes: Officers Juan Mendoza, Deputy Villasenor, Timothy Lund, CSO Hayward, and Sandra Hayes will be substituted in as "Doe Defendants 1-5." *Id.* at 2.

The court, having considered the parties' Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1. Plaintiffs are allowed to file a FAC with Officers Juan Mendoza, Deputy Villasenor, Timothy Lund, CSO Hayward, and Sandra Hayes substituted in as "Doe Defendants 1-5" within seven (7) days of this Order.
2. Defendant County of Riverside's responsive pleadings shall be due fourteen (14) days from the filing of the FAC.

IT IS SO ORDERED.

Dated: October 1, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2