NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem, MELINDA LEE CASTEEL; JERRY SWART<br><br>Plaintiff(s),<br>v.<br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER: 5:25-cv-01007-FLA (SSCx)<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem, Melinda Lee Casteel | Plaintiff |
| Jerry Swart | Plaintiff |
| County of Riverside | Defendant |
| Juan Mendoza | Defendant |
| Deputy Villasenor | Defendant |
| Timothy Lund | Defendant |
| Cso Hayward | Defendant |
| Sandra Hayes | Defendant |

10/3/2025
Date

/s/ Eric Valenzuela
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES