# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. E. C. , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTY OF RIVERSIDE , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:25−cv−01007−FLA−SSC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 10/3/2025 | 33 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The name and address of the attorney for plaintiff(s) must be entered in the appropriate field.

*Other Error(s):*

Summons should indicate as to FIRST AMENDED COMPLAINT

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: October 6, 2025

By: /s/ *Charlene L Kelly*
 *Charlene_Kelly@cacd.uscourts.gov*
 Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –