Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
COUNTY OF RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; and DOES 1-10, inclusive, <br><br> Defendant. | Case No. 5:25-cv-01007-FLA-SSC <br><br> **STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES** <br><br> Judge: Fernando L Aenlle-Rocha |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART (hereinafter "Plaintiffs") and Defendant COUNTY OF RIVERSIDE (hereinafter "Defendant"), through their respective attorneys of record, hereby stipulate to the following:

1. Plaintiffs and Defendant hereby jointly request a continuance of the pretrial deadlines and trial by approximately three months. This is the parties' first request for a continuance, and the request is based on the reasons set forth below.

2. Plaintiffs filed their initial Complaint on April 23, 2025. Dkt. 1. Defendants filed an Answer to that Complaint on May 22, 2025. Dkt. 13.

3. Following exchanging of initial disclosures and relevant case documents on July 25, 2025, the parties filed a Stipulation to Amend the Complaint added five additional Defendants on September 30, 2025.

4. Thereafter, Plaintiffs filed a First Amended Complaint on October 3, 2025, which was recently served on the five additional Defendants. See Dkt. 30.

5. The parties have been diligently engaging in written discovery including Requests for Production, Interrogatories, and Requests for Admission as well as issuing subpoenas for records.

6. During the course of written discovery, it was discovered that decedent has a nine-year-old minor child, C.R., whom is not a party to the case. Following meet and confer efforts, the parties agreed that in order to avoid future duplicative lawsuits, C.R. must be named as a Plaintiff in this wrongful death action.

7. As such, the parties intend to file a Stipulation for Plaintiff to file a Second Amended Complaint, naming C.R. as a Plaintiff and appointing a Guardian Ad Litem within the next seven days.

8. Given the need for additional discovery, including written discovery and depositions, on both the soon to be added Plaintiff, his Guardian ad litem, and newly Defendants, the parties seek a 90-day continuance of pretrial deadlines and trial.

As such, the parties respectfully request that all pre-trial and trial date be continued as follows:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Cut Off | May 15, 2026 | August 13, 2026 |
| Initial Expert Witness Exchange | May 22, 2026 | August 20, 2026 |

| Rebuttal Expert Witness Exchange | June 5, 2026 | September 3, 2026 |
|---|---|---|
| Expert Discovery Cut Off | June 19, 2026 | September 17, 2026 |
| Last Day to Hear Motions | July 17, 2026 | October 16, 2026 |
| Trial Documents (First Round) | September 11, 2026 | December 18, 2026 |
| Trial Documents (Second Round) | September 25, 2026 | December 31, 2026 |
| Deadline to Complete Settlement Conference | September 4, 2026 | December 3, 2026 |
| Pre-Trial Conference | October 9, 2026 | January 12, 2027 |
| Trial Date | October 27, 2026 | February 2, 2027 |

Dated: March 13, 2026         BURKE, WILLIAMS & SORENSEN, LLP


By: _____Caylin W. Jones[1]_____
     Nathan A. Oyster
     Caylin W. Jones
     Attorneys for Defendant
     COUNTY OF RIVERSIDE

---

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I, Caylin W. Jones, hereby attest that all other signatories listed, and on whose behalf the filing is submitted,

| | |
|---|---|
| Dated: March 13, 2026 | LAW OFFICES OF DALE K. GALIPO |
| | By: /s/ Eric Valenzuela |
| | Dale K. Galipo |
| | Eric Valenzuela |
| | Attorneys for Plaintiffs |
| | A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL and JERRY SWART |