UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 5:25-cv-01007-FLA-SSC<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**<br><br>Judge: Fernando L Aenlle-Rocha |

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the trial date and trial related dates are continued as follows:

| **Deadline** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Fact Discovery Cut Off | May 15, 2026 | August 13, 2026 |
| Initial Expert Witness Exchange | May 22, 2026 | August 20, 2026 |

| | | |
|---|---|---|
| Rebuttal Expert Witness Exchange | June 5, 2026 | September 3, 2026 |
| Expert Discovery Cut Off | June 19, 2026 | September 17, 2026 |
| Last Day to Hear Motions | July 17, 2026 | October 16, 2026 |
| Trial Documents (First Round) | September 11, 2026 | December 18, 2026 |
| Trial Documents (Second Round) | September 25, 2026 | December 31, 2026 |
| Deadline to Complete Settlement Conference | September 4, 2026 | December 3, 2026 |
| Pre-Trial Conference | October 9, 2026 | January 12, 2027 |
| Trial Date | October 27, 2026 | February 2, 2027 |

**IT IS SO ORDERED.**

DATED: _____         _____

                                                                            Honorable Fernando L Aenlle-Rocha
                                                                            United States District Judge