LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01007-FLA (SSCx)<br><br>**JOINT STIPULATION TO AMEND COMPLAINT TO ADD C.J.S., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, DANEE RENICK, AS PLAINTIFF AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>[Proposed] Order and Amended Complaint<br>*filed concurrently herewith* |

4900-9938-1102 v1

Case No.5:25-cv-01007-FLA-(SSCx)

STIPULATION TO AMEND COMPLAINT

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiffs and Defendant, through their respective attorneys of record, as follows:

Whereas, Plaintiffs filed their Complaint on April 23, 2025.  Defendants filed their Answer on May 22, 2025.

Whereas, on October 3, 2025, Plaintiffs filed their First Amended Complaint adding five (5) additional defendants.

Whereas, in the course of written discovery, the parties learned that Decedent had another minor child, C.J.S.

Whereas, the parties have met and conferred and have agreed that C.J.S., a minor, is a required party under Federal Rules of Civil Procedure 19, specifically Rule 19(a)(1)(B).  As such, adjudicating the claims presently before the Court without the participation of the minor would create a substantial risk that the same factual and legal issues would later be litigated in a separate action brought on behalf of the minor, thereby exposing Defendants to duplicative litigation, potentially inconsistent factual findings, and inconsistent obligations, while simultaneously impairing the minor's ability to protect his legal interests.

Whereas, the parties therefore agree that joinder of the minor plaintiff is necessary to ensure the complete, efficient, and equitable adjudication of all claims arising from the underlying incident in a single action.

Whereas, the parties further stipulate that leave should be granted for Plaintiffs to amend the Complaint to add minor, C.J.S. as a Plaintiff. Amendment is appropriate here because the identity and interests of the minor were confirmed during discovery and the amendment will allow the claims of all interested parties to be adjudicated in a single proceeding. Joinder of the minor plaintiff will not prejudice any party, will not unduly delay the proceedings, and will materially advance the just, speedy, and inexpensive determination of this action.

The parties therefore request that the Court grant Plaintiffs leave to file a Second Amended Complaint ("SAC") to add C.J.S., a minor as a Plaintiff, by and

through his Guardian ad Litem, Danee Renick. A redlined copy of Plaintiffs' proposed SAC is attached hereto as "Exhibit A."

Based on the foregoing, the parties apply for and stipulate to an order permitting Plaintiffs to file their SAC to add minor, C.J.S. as a named plaintiff.

DATED:  March 19, 2026          LAW OFFICES OF DALE K. GALIPO


                                By___/s/ Eric Valenzuela_____
                                   Eric Valenzuela
                                   Attorney for Plaintiffs


DATED:  March 19, 2026          BURKE WILLIAMS & SORENSEN LLP


                                By ___/s/ Caylin W. Jones_____
                                   Nathan Oyster
                                   Caylin W. Jones
                                   Attorney for Defendant
                                   COUNTY OF RIVERSIDE