# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01007-FLA (SSCx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND THE COMPLAINT** |

## <u>ORDER</u>

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Stipulation in Case No. 5:25-cv-01007-FLA (SSCx) is **GRANTED** and the Plaintiffs are allowed to file a Second Amended Complaint with C.J.S., a minor, by and through his Guardian ad Litem, Danee Renick, be added as a plaintiff.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Hon. Fernando L. Aenlle-Rocha
United States District Judge