# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART

          Plaintiffs,

          vs.

COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,

          Defendants.

Case No. 5:25-cv-01007-FLA (SSCx)

**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND THE COMPLAINT**

## <u>ORDER</u>

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Stipulation in Case No. 5:25-cv-01007-FLA (SSCx) is **GRANTED** and the Plaintiffs are allowed to file a Second Amended Complaint with C.J.S., a minor, by and through his Guardian ad Litem, Danee Renick, be added as a plaintiff.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Hon. Fernando L. Aenlle-Rocha
United States District Judge

-2-                                          Case No. 5:25-cv-01007-FLA-(SSCx)
ORDER GRANTING STIPULATION TO AMEND