NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Nathan A. Oyster (SBN 225307)
noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2953
Tel:  213.236.0600 Fax:  213.236.2700

ATTORNEY(S) FOR:  Defendant COUNTY OF RIVERSIDE, et al.,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.<br><br>Defendant(s) | CASE NUMBER:<br>5:25-cv-01007-FLA-SSC | |
| | **CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** | |

TO:       THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Defendants Mendoza, Villasenor, Lund, Hayward, and Hayes___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| A.E.C. a minor by and through GAL Melinda Lee Casteel | Plaintiff |
| Jerry Swart | Plaintiff |
| County of Riverside | Defendant |
| Juan Mendoza | Defendant |
| Deputy Villaseñor | Defendant |
| Timothy Lund | Defendant |
| CSO Hayward | Defendant |
| Sandra Hayes | Defendant |

March 23, 2026
Date

Caylin W. Jones
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants Mendoza, Villasenor, Lund, Hayward, and Hayes

CV-30 (05/13)                                       **NOTICE OF INTERESTED PARTIES**