UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>COUNTY OF RIVERSIDE, *et al.*,<br><br>                    Defendants. | Case No. 5:25-cv-01007-FLA (SSCx)<br><br>**ORDER APPROVING STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES [DKT. 39]** |

On March 13, 2026, the parties filed a Stipulation to Continue Pretrial and Trial Dates ("Stipulation").  Dkt. 39.  The parties request a continuance of pretrial and trial dates and deadlines on grounds including the parties discovering that the decedent has a nine-year-old minor child, C.R., whom is not currently a party to this action and must be named as a plaintiff in this wrongful death action.  *Id.* at 2.

To show good cause for a continuance, a party must provide specific, detailed, and non-conclusory reasons for granting the extension, including a showing of diligence in pursuing the litigation.  *See* Fed. R. Civ. P. 16(b)(4) (requiring good cause showing); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (noting that the standard focuses on a party's diligence and that "the inquiry should end" when diligence is not shown).

Having considered the Stipulation and finding good cause therefor, the court hereby GRANTS the parties' request as modified and CONTINUES pretrial and trial dates and deadlines to the following dates:

| Event | New Date |
|---|---|
| Fact Discovery Cut-off | August 14, 2026 |
| Expert Disclosure (Initial) | August 20, 2026 |
| Expert Disclosure (Rebuttal) | September 3, 2026 |
| Expert Discovery Cut-off | September 17, 2026 |
| Last Day to Hear Motions | October 16, 2026 |
| Deadline to Complete Settlement Conference | December 3, 2026 |
| Trial Filings (First Round) | December 18, 2026 |
| Trial Filings (Second Round) | December 31, 2026 |
| Final Pretrial Conference; Hearing on Motions in Limine | January 15, 2027, at 1:30 p.m. |
| Jury Trial | February 2, 2027, at 8:15 a.m. |

The parties should not expect a further continuance absent a specific showing, dating back to the filing of the Complaint, of all their efforts to timely complete discovery and other litigation activity. This detailed showing must demonstrate the work still to be performed reasonably could not have been accomplished within the applicable deadline(s). General statements are insufficient to establish good cause.

IT IS SO ORDERED.

Dated: March 24, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2