UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>COUNTY OF RIVERSIDE, *et al.*,<br><br>     Defendants. | Case No. 5:25-cv-01007-FLA (SSCx)<br><br>**ORDER APPROVING STIPULATION TO AMEND THE COMPLAINT AND GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT [DKT. 47]** |

1

On March 20, 2026, the parties filed a Stipulation to Amend the Complaint ("Stipulation"). Dkt. 47. The parties request the court grant Plaintiffs A.E.C., by and through her *Guardian ad Litem* Melinda Lee Casteel, and Jerry Swart (together, "Plaintiffs") leave to file a second amended complaint ("SAC") to add C.J.S., a minor, as a plaintiff, by and through his *Guardian ad Litem*, Danee Renick. *Id.* at 2.

The court, having considered the parties' Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1. Plaintiffs are allowed to file a SAC with C.J.S., a minor, by and through his *Guardian ad Litem*, Danee Renick, added as a plaintiff within seven (7) days of this Order.

2. Defendant County of Riverside's responsive pleadings shall be due fourteen (14) days from the filing of the SAC.

IT IS SO ORDERED.

Dated: March 24, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge