LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01007-FLA (SSCx)<br><br>**PETITION FOR APPOINTMENT AS GUARDIAN AD LITEM FOR C.J.S., A MINOR** |

-1-
PETITION FOR APOINTMENT AS GUARDIAN AD LITEM

1.      Petitioner DANEE RENICK is the natural mother of the minor, C.J.S. Petitioner is a resident of the County of Medina, State of Ohio.

2.      Minor C.J.S. is a plaintiff and has claims, as alleged in the complaint filed in the herein action, arising out of the violation of his rights and his father's civil rights.  Decedent JOSHUA SWART, the natural father of minor C.J.S., died while in the custody and care of the Cois Byrd Detention Center in Murrieta, CA.

3.      Petitioner is a responsible adult and fully competent to understand and protect the rights of said minor.

WHEREFORE, Petitioner prays that DANEE RENICK be appointed guardian ad litem for C.J.S. to prosecute this action on his behalf.

DATED:  March 26, 2026          LAW OFFICES OF DALE K. GALIPO


By  /s/ *Eric Valenzuela*
          Dale K. Galipo
          Eric Valenzuela
          Attorneys for Plaintiffs

PETITION FOR APOINTMENT AS GUARDIAN AD LITEM