LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART | Case No.   5:25-cv-01007-FLA (SSCx) |
| Plaintiffs, | **CONSENT OF NOMINEE DANEE RENICK TO APPOINTMENT AS GUARDIAN AD LITEM FOR C.J.S.** |
| vs. | |
| COUNTY OF RIVERSIDE; and DOES 1-10, inclusive, | |
| Defendants. | |

-1-
CONSENT OF NOMINEE

## CONSENT OF NOMINEE

I, DANEE RENICK, the nominee and biological grandparent to C.J.S., a minor Plaintiff and the daughter of the decedent in the above referenced action, consent to act as guardian ad litem for the minor Plaintiff C.J.S. in the above referenced action.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated:        3/26/2026
_____

Signed by:

_____
2AED9793431D4B9...
DANEE RENICK

-2-
CONSENT OF NOMINEE