# EXHIBIT A

Case 5:25-cv-01007-FLA-SSC   Document 54-1   Filed 03/27/26   Page 1 of 2   Page ID
#:552

**CERTIFICATION OF VITAL RECORD**

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

3052024192245    STATE FILE NUMBER

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

3202433012491    LOCAL REGISTRATION NUMBER

### DECEDENT'S PERSONAL DATA

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT– FIRST (Given) | JOSHUA |
| 2. MIDDLE | FRANK |
| 3. LAST (Family) | SWART |
| AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | |
| 4. DATE OF BIRTH mm/dd/ccyy | 04/04/1983 |
| 5. AGE Yrs. | 41 |
| IF UNDER ONE YEAR Months / Days | |
| IF UNDER 24 HOURS Hours / Minutes | |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | UNK |
| 11. EVER IN U.S. ARMED FORCES? | [ ] YES [X] NO [ ] UNK |
| 12. MARITAL STATUS/SRDP* (at Time of Death) | DIVORCED |
| 7. DATE OF DEATH mm/dd/ccyy | 08/18/2024 |
| 8. HOUR (24 Hours) | 1410 |
| 13. EDUCATION – Highest Level/Degree (see worksheet on back) | GED |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) | [ ] YES [X] NO |
| 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) | CAUCASIAN |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | CONTRACTOR |
| 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | MANUAL LABOR |
| 19. YEARS IN OCCUPATION | 0 |

### USUAL RESIDENCE

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE (Street and number, or location) | 291 CREST CIRCLE |
| 21. CITY | LAKE ARROWHEAD |
| 22. COUNTY/PROVINCE | SAN BERNARDINO |
| 23. ZIP CODE | 92352 |
| 24. YEARS IN COUNTY | UNK |
| 25. STATE/FOREIGN COUNTRY | CA |

### INFORMANT

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | JERRY SWART, FATHER |
| 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) | 291 CREST CIRCLE, LAKE ARROWHEAD, CA 92352 |

### SPOUSE/SRDP AND PARENT INFORMATION

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP–FIRST | - |
| 29. MIDDLE | - |
| 30. LAST (BIRTH NAME) | - |
| 31. NAME OF PARENT–FIRST | JERRY |
| 32. MIDDLE | FRANK |
| 33. LAST (BIRTH NAME) | SWART |
| 34. BIRTH STATE | CA |
| 35. NAME OF PARENT–FIRST | FONDA |
| 36. MIDDLE | RENEE |
| 37. LAST (BIRTH NAME) | TORRES |
| 38. BIRTH STATE | CA |

### FUNERAL DIRECTOR/ LOCAL REGISTRAR

| Field | Value |
|---|---|
| 39. DISPOSITION DATE mm/dd/ccyy | 09/10/2024 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF JERRY SWART, 291 CREST CIRCLE, LAKE ARROWHEAD, CA 92352 |
| 41. TYPE OF DISPOSITION(S) | CREMATE/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | ▶ NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | CALIFORNIA CREMATION CENTERS |
| 45. LICENSE NUMBER | FD1911 |
| 46. SIGNATURE OF LOCAL REGISTRAR | ▶ GEOFFREY LEUNG, M.D., ED. M. |
| 47. DATE mm/dd/ccyy | 09/09/2024 |

### PLACE OF DEATH

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | COIS BYRD DETENTION CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | [ ] IP [ ] ER/OP [ ] DOA |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [X] Other |
| 104. COUNTY | RIVERSIDE |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 30755 AULD ROAD |
| 106. CITY | MURRIETA |

### CAUSE OF DEATH

| Field | Value | Time Interval Between Onset and Death |
|---|---|---|
| 107. CAUSE OF DEATH — Enter the chain of events --- diseases, injuries, or complications --- that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | |
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | PENDING | (AT) - |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | | (BT) |
| (C) | | (CT) |
| (D) | | (DT) |

| Field | Value |
|---|---|
| 108. DEATH REPORTED TO CORONER? | [X] YES [ ] NO — REFERRAL NUMBER 2024-06276 |
| 109. BIOPSY PERFORMED? | [ ] YES [X] NO |
| 110. AUTOPSY PERFORMED? | [X] YES [ ] NO |
| 111. USED IN DETERMINING CAUSE? | [X] YES [ ] NO |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | - |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | [ ] YES [X] NO [ ] UNK |

### PHYSICIAN'S CERTIFICATION

| Field | Value |
|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. — Decedent Attended Since (A) mm/dd/ccyy; Decedent Last Seen Alive (B) mm/dd/ccyy | |
| 115. SIGNATURE AND TITLE OF CERTIFIER | ▶ |
| 116. LICENSE NUMBER | |
| 117. DATE mm/dd/ccyy | |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | |

### CORONER'S USE ONLY

| Field | Value |
|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [X] Pending Investigation [ ] Could not be determined |
| 120. INJURED AT WORK? | [ ] YES [ ] NO [ ] UNK |
| 121. INJURY DATE mm/dd/ccyy | |
| 122. HOUR (24 Hours) | |
| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) | |
| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) | |
| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | ▶ LISA MACCIE |
| 127. DATE mm/dd/ccyy | 09/06/2024 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | LISA MACCIE, DEP CORONER |

### STATE REGISTRAR

| A | B | C | D | E | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|
| | | | | | | |

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } SS

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

*002359923*

DATE ISSUED **Sep 11, 2024**

Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.

PBNCO (Rev) 08/21

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

