LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART | Case No.   5:25-cv-01007-FLA (SSCx) |
| Plaintiffs, | **[PROPOSED] ORDER APPOINTING DANEE RENICK AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF C.J.S.** |
| vs. | |
| COUNTY OF RIVERSIDE; and DOES 1-10, inclusive, | |
| Defendants. | |

-1-

## ORDER APPOINTING GUARDIAN AD LITEM

The Court, having considered the application of DANEE RENICK for appointment as Guardian Ad Litem for C.J.S., a minor, who is a plaintiff in the above action and good cause appearing, hereby approves the application.  IT IS HEREBY ORDERED that DANEE RENICK be appointed Guardian Ad Litem for C.J.S. in the above action.

DATED: ___March 31___, 2026       _____

Hon.  Stephanie S. Christensen

United States Magistrate Judge

-2-
[PROPOSED] ORDER APPOINTING MELINDA LEE CASTEEL AS GUADIAN AD LITEM FOR A.E.C.