Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF RIVERSIDE, JUAN
MENDOZA, DEPUTY VILLASENOR,
TIMOTHY LUND, CSO HAYWARD
and SANDRA HAYES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; C.J.S., a minor by and through his Guardian Ad Litem, DANEE RENICK; JERRY SWART<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; JUAN MENDOZA; DEPUTY VILLASENOR; TIMOTHY LUND; CSO HAYWARD; SANDRA HAYES and DOES 5-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01007-FLA-SSC<br><br>**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**<br><br>Judge:  Fernando L Aenlle-Rocha |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL, C.J.S. a minor by and through his guardian ad litem DANEE RENICK, and JERRY SWART (hereinafter "Plaintiffs") and Defendants COUNTY OF RIVERSIDE, JUAN MENDOZA, DEPUTY VILLASENOR,

4897-5607-8780 v1                                                1

TIMOTHY LUND, CSO HAYWARD and SANDRA HAYES (hereinafter "Defendants"), through their respective attorneys of record, hereby stipulate to the following:

1.      Plaintiffs and Defendants hereby jointly request a continuance of the pretrial deadlines and trial by approximately 60 days. This is the parties' second request for a continuance, and the request is based on the reasons set forth below.

2.      Plaintiffs filed their initial Complaint on April 23, 2025. Dkt. 1. Defendants filed an Answer to that Complaint on May 22, 2025. Dkt. 13.

3.      Following exchanging of initial disclosures and relevant case documents on July 25, 2025, the parties filed a Stipulation to Amend the Complaint to add five additional Defendants on September 30, 2025.

4.      Thereafter, Plaintiffs filed a First Amended Complaint on October 3, 2025. See Dkt. 30.

5.      The parties have been diligently engaging in written discovery including Requests for Production, Interrogatories, and Requests for Admission as well as issuing subpoenas for records from the outset of this case.

6.      During the course of written discovery, it was discovered that decedent has a nine-year-old minor child, C.J.S., who was not a party to the case. Following meet and confer efforts, the parties agreed that to avoid future duplicative lawsuits, C.J.S. must be named as a Plaintiff in this wrongful death action.

7.      As such, on March 23, 2026, the parties filed a Stipulation for Plaintiff to file a Second Amended Complaint, naming C.J.S. as a Plaintiff and appointing a Guardian Ad Litem. Dkt. 47. On March 24, 2026, the Court approved the Stipulation to Amend. Dkt. 51.

8.      On March 27, 2026, Plaintiff filed a Second Amended Complaint and a Petition to Appoint Danee Renick as Guardian Ad Litem for minor Plaintiff C.J.S. Dkts. 52-53.

9.      On March 31, 2026, the Court approved the request to appoint Danee

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4897-5607-8780 v1                                           2

Renick as Guardian Ad Litem for minor Plaintiff C.J.S. Dkt. 55.

10.     Since the addition of minor Plaintiff C.J.S. to this case in March, the parties have engaged in additional written discovery. Additionally, the parties have scheduled four depositions to take place later this month.

11.     The parties seek a continuance for several reasons. First, Plaintiffs require additional time to respond to written discovery regarding the newly added Plaintiff, including gathering documents and compiling other requested information. Defendants intend to review the written discovery responses regarding the newly added Plaintiff prior to conducting Plaintiffs' depositions. Defendants anticipate Plaintiffs' deposition to take late August to early September.

12.     Second, the parties have agreed to mediate the case before mediator Richard Copeland. The parties have scheduled mediation with Mr. Copeland on October 14, 2026, which was the earliest availability that worked for all parties. The parties have agreed it would be most beneficial to mediate this case prior to expert discovery and incurring expert fees, as well as prior to filing and opposing Motions for Summary Judgment. Allowing the parties to mediate the case prior to filing Motions for Summary Judgment would also conserve judicial resources.

As such, the parties respectfully request that all pre-trial and trial date be continued as follows:

| Deadline | Current Date | Proposed New Date |
| --- | --- | --- |
| Fact Discovery Cut Off | August 14, 2026 | October 9, 2026 |
| Initial Expert Witness Exchange | August 20, 2026 | October 23, 2026 |
| Rebuttal Expert Witness Exchange | September 3, 2026 | November 5, 2026 |
| Expert Discovery Cut Off | September 17, 2026 | November 19, 2026 |

| Last Day to Hear Motions | October 16, 2026 | December 18, 2026 |
|---|---|---|
| Trial Documents (First Round) | December 18, 2026 | February 16, 2027 |
| Trial Documents (Second Round) | December 31, 2026 | February 23, 2027 |
| Deadline to Complete Settlement Conference | December 3, 2026 | No change. |
| Pre-Trial Conference | January 12, 2027 | March 16, 2027 |
| Trial Date | February 2, 2027 | April 20, 2027 |

Dated:  July 16, 2026                    BURKE, WILLIAMS & SORENSEN, LLP


By: _____Caylin W. Jones[1]_____
        Nathan A. Oyster
        Caylin W. Jones
        Attorneys for Defendants
        COUNTY OF RIVERSIDE, JUAN
        MENDOZA, TIMOTHY LUND,
        SANDRA HAYES, DEPUTY
        VILLASENOR, and CSO
        HAYWARD

---

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I, Caylin W. Jones, hereby attest that all other signatories listed, and on whose behalf the filing is submitted,

Dated:  July 16, 2026

LAW OFFICES OF DALE K. GALIPO

By:      /s/ Eric Valenzuela
Dale K. Galipo
Eric Valenzuela
Attorneys for Plaintiffs
A.E.C., a minor by and through her
Guardian Ad Litem MELINDA LEE
CASTEEL and JERRY SWART