UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; JERRY SWART,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF RIVERSIDE; and DOES 1-1 0, inclusive,<br><br>          Defendant. | Case No. 5:25-cv-01007-FLA-SSC<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**<br><br>Judge:  Fernando L Aenlle-Rocha |

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the trial date and trial related dates are continued as follows:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Cut Off | August 14, 2026 | October 9, 2026 |
| Initial Expert Witness Exchange | August 20, 2026 | October 23, 2026 |

| Rebuttal Expert Witness Exchange | September 3, 2026 | November 5, 2026 |
|---|---|---|
| Expert Discovery Cut Off | September 17, 2026 | November 19, 2026 |
| Last Day to Hear Motions | October 16, 2026 | December 18, 2026 |
| Trial Documents (First Round) | December 18, 2026 | February 16, 2027 |
| Trial Documents (Second Round) | December 31, 2026 | February 23, 2027 |
| Deadline to Complete Settlement Conference | December 3, 2026 | No change. |
| Pre-Trial Conference | January 12, 2027 | March 16, 2027 |
| Trial Date | February 2, 2027 | April 20, 2027 |

**IT IS SO ORDERED.**

DATED: _____          _____

Honorable Fernando L Aenlle-Rocha
United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4899-2614-4700 v1                          2