**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| A.E.C., et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:25-cv-01007-FLA (SSCx) |
| v. | |
| County of Riverside, et al., | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [59]** |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Juan Mendoza    ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

☒ to substitute    Mitchell D. Dean    who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

440 Stevens Avenue, Suite 100 _____

Solana Beach, CA 92075    mdean@deangazzo.com
*City, State, Zip*    *Street Address*    *E-Mail Address*

858-380-4683    128926
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of   Caylin W. Jones and Nathan A. Oyster
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

☒ The Court hereby orders that the request of | Caylin W. Jones |
*List **all** attorneys from same firm or agency who are withdrawing.*

| |

to withdraw as attorney of record for | Juan Mendoza |
**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated  July 31, 2026 _____

_____
United States District Judge