LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (SBN 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL, et al.,

Plaintiffs,

vs.

COUNTY OF RIVERSIDE, et al.,

Defendants.

Case No. 5:25-cv-01007-FLA (SSCx)

[*Hon. Fernando L. Aenlle-Rocha*]

**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES**

*[[Proposed] Order submitted concurrently herewith]*

TO THIS HONORABLE COURT, Plaintiffs and Defendants, by and through their respective attorneys of record, hereby stipulate to continue the discovery deadlines in the case.

WHEREAS, extensive discovery has been conducted to date. There has been written discovery propounded and responded thereto, subpoenas served on third parties and several depositions have been taken.

WHEREAS, the parties wish to conduct a mediation before incurring the substantial expenses associated with retaining their respective experts.

WHEREAS, the parties have a private mediation scheduled for October 14, 2026 with Richard Copeland.

WHEREAS, the initial expert disclosure is currently scheduled for October 23, 2026, the rebuttal expert disclosures is scheduled for November 5, 2026 and the expert discovery for cut-off for November 19, 2026. See Court's Order [Doc. 58].

WHEREAS, in order to promote the prospects for success of settlement discussions and limit unnecessary expense, particularly as to expert retention, preparation and expert discovery, the parties request that the pending controlling dates set forth in the Court's Scheduling Conference Order be continued by approximately twenty-eight (28) days.

5. There have been two (2) prior requests for continuance or extension regarding discovery.

6. Such request, if granted, would result in the following schedule:

| **EVENT** | **CURRENT** | **PROPOSED** |
|---|---|---|
| Expert Disclosure (Initial): | 10/23/26 | 11/20/26 |
| Expert Disclosure (Rebuttal): | 11/05/26 | 12/04/26 |
| Expert Discovery Cut Off: | 11/19/26 | 12/23/26 |

7. All other dates (including pre-trial and trial dates) would remain in effect.

IT IS SO STIPULATED AND REQUESTED.

Respectfully submitted,

DATED: September 9, 2026 LAW OFFICES OF DALE K. GALIPO

By /s/ *Eric Valenzuela*[1]
Dale K. Galipo
Eric Valenzuela
Attorneys for Plaintiffs

DATED: September 9, 2026 BURKE, WILLIAMS & SORENSEN, LLP

By /s/ *Caylin W. Jones*
Nathan A. Oyster
Caylin W. Jones
Attorneys for Defendants County of Riverside, Deputy Villasenor, Timothy Lund, CSO Hayward & Sandra Hayes

DATED: September 9, 2026 DEAN GAZZO ROISTACHER LLP

By /s/ *Mitchell D. Dean*
Mitchell D. Dean
Attorneys for Defendant Juan Mendoza

---

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I, Eric Valenzuela, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.