**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No. 5:25-cv-01007-FLA (SSCx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES** |

# [PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

The parties having stipulated thereto and good cause appearing,

IT IS ORDERED:

The schedule set forth in the Court's Order [Doc. 58], is modified as follows:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Expert Disclosure (Initial): | 10/23/26 | 11/20/26 |
| Expert Disclosure (Rebuttal): | 11/05/26 | 12/04/26 |
| Expert Discovery Cut Off: | 11/19/26 | 12/23/26 |

All other dates (including pre-trial and trial dates) would remain in effect.

**IT IS SO ORDERED.**

Dated: _______________, 2026

_________________________________
HONORABLE FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE