UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

A.E.C., *et al.*,

Plaintiffs,

v.

COUNTY OF RIVERSIDE, *et al.*,

Defendants.

Case No. 5:25-cv-01007-FLA (SSCx)

**ORDER APPROVING STIPULATION TO EXTEND DISCOVERY DEADLINES [DKT. 61]**

On September 9, 2026, the parties filed a Stipulation to Extend Discovery Deadlines ("Stipulation"). Dkt. 61. To show good cause for a continuance, a party must provide specific, detailed, and non-conclusory reasons for granting the extension, including a showing of diligence in pursuing the litigation. *See* Fed. R. Civ. P. 16(b)(4) (requiring good cause showing); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (noting that the standard focuses on a party's diligence and that "the inquiry should end" when diligence is not shown). Having considered the Stipulation and finding good cause therefor, the court hereby GRANTS the parties' request and CONTINUES the expert discovery deadlines to the following dates:

| Event | New Date |
|---|---|
| Expert Disclosure (Initial) | 11/20/2026 |
| Expert Disclosure (Rebuttal) | 12/04/2026 |
| Expert Discovery Cut-off | 12/23/2026 |

The parties should not expect a further continuance absent a specific showing, dating back to the filing of the Complaint, of all their efforts to timely complete discovery and other litigation activity. This detailed showing must demonstrate the work still to be performed reasonably could not have been accomplished within the applicable deadline(s). General statements are insufficient to establish good cause.

IT IS SO ORDERED.

Dated: September 29, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge