Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF RIVERSIDE, DEPUTY VILLASENOR, TIMOTHY LUND, CSO HAYWARD and SANDRA HAYES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; C.J.S., a minor by and through his Guardian Ad Litem, DANEE RENICK; JERRY SWART,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; JUAN MENDOZA; DEPUTY VILLASENOR; TIMOTHY LUND; CSO HAYWARD; SANDRA HAYES and DOES 5-10, inclusive,<br><br>Defendant. | Case No. 5:25-cv-01007-FLA-SSC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES**<br><br>Judge: Fernando L Aenlle-Rocha |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiffs A.E.C., a minor by and through her *Guardian Ad Litem* MELINDA LEE CASTEEL; C.J.S., a minor by and through his *Guardian Ad Litem*, DANEE RENICK; JERRY SWART, (hereinafter collectively "Plaintiffs"), and Defendants COUNTY OF RIVERSIDE, DEPUTY VILLASENOR, TIMOTHY LUND, CSO HAYWARD, SANDRA

HAYES and DEPUTY JUAN MENDOZA (hereinafter "Defendants"), through their respective attorneys of record, hereby stipulate to the following:

1. On October 14, 2026, the parties attended mediation with Rick Copeland. The parties reached a settlement subject to the approval of the County Board of Supervisors.

2. The parties anticipate that it will take 90 days to complete the settlement process, which will include finalizing the settlement agreement, obtaining the approval of the County of Riverside Board, completing a minor's compromise, and issuing the settlement check. The parties therefore Stipulate that all trial and pre-trial deadlines should be vacated pending the completion of the settlement process.

3. Upon completion of the settlement process in this matter, the parties will submit a stipulation to dismiss all claims with prejudice.

4. If a stipulation to dismiss this matter has not been filed within 90 days of the parties filing of this stipulation, the parties will submit a Joint Status Report to the Court, which will advise of the status of settlement.

IT IS SO STIPULATED.

Dated: October 19, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Caylin W. Jones

Nathan A. Oyster
Caylin W. Jones[1]
Attorneys for Defendants
COUNTY OF RIVERSIDE, DEPUTY VILLASENOR, TIMOTHY LUND, CSO HAYWARD and SANDRA HAYES

Dated: October 19, 2026

DEAN, GAZZO, ROISTACHER LLP

By: /s/ Mitchell Dean

Mitchell D. Dean, Esq.
Attorneys for Defendant
DEPUTY JUAN MENDOZA

Dated: October 19, 2026

LAW OFFICES OF DALE K. GALIPO

By: /s/ Eric Valenzuela

Dale K Galipo
Eric Valenzuela
Attorney for Plaintiffs
A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; C.J.S., a minor by and through his Guardian Ad Litem, DANEE RENICK; JERRY SWART

[1] As the filer of this Stipulation, I attest that all counsel concur in the content of the Stipulation and has authorized its filing.