UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E.C., a minor by and through her Guardian Ad Litem MELINDA LEE CASTEEL; C.J.S., a minor by and through his Guardian Ad Litem, DANEE RENICK; JERRY SWART,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; JUAN MENDOZA; DEPUTY VILLASENOR; TIMOTHY LUND; CSO HAYWARD; SANDRA HAYES and DOES 5-10, inclusive,<br><br>Defendant. | Case No. 5:25-cv-01007-FLA-SSC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO VACATE DATES** |

Having considered the parties' stipulation and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED:

1. The trial date and all pretrial deadlines are hereby vacated.

2. The parties shall file a Joint Status Report within 90 days of this Order,

advising the Court of the status of settlement approval, if a stipulation to dismiss the case has not been filed prior to that date.

IT IS SO ORDERED.

Dated: _________________, 2026

_________________________________
Honorable Fernando L Aenlle-Rocha
United States District Court Judge